FILED

MAR 1 0 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ALAN SLEEPING BEAR<br>and BREANNE LEE WIEDER,<br><br>Defendants. | CR 19-138-BLG-SPW<br><br><br><br>ORDER |

Upon the United States' Unopposed Motion to Vacate Forfeiture Allegation (Doc. 36), and for good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned case is **DISMISSED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this __10th__ day of March, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1