IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-138-BLG-SPW-2 |
| Plaintiff, | |
| vs. | ORDER |
| BREANNE LEE WIEDER, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for Wednesday, January 6, 2021 at 9:30 a.m. is **VACATED** and **RESET** to commence **VIA VIDEO from the Yellowstone County Detention Facility** on **Wednesday, January 6, 2021 at 2:00 p.m.** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 24th day of November, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE